529 P.2d 1232
**Paul HINES and Tommie Hines,
Petitioners,**

v.

**BLOOD SERVICES, INC., d/b/a Blood
Services of New Mexico, Respondent.**

**No. 10198.**

Supreme Court of New Mexico.

Oct. 31, 1974.

Now, therefore, it is considered, ordered and adjudged by the Court that the Petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1316, 86 N.M. 767, 527 P.2d 1075 be and the same is hereby returned to the Clerk of the Court of Appeals.

529 P.2d 1232
**Wayne ADAMS, Petitioner,**

v.

**Roy B. THOMPSON, Jr., and Helen L.
Thompson, Respondents.**

**No. 10271.**

Supreme Court of New Mexico.

Dec. 20, 1974.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1435, 87 N.M. 113, 529 P.2d 1234 be and the same is hereby returned to the Clerk of the Court of Appeals.

529 P.2d 1232
**CO–CON, INC., Petitioner,**

v.

**BUREAU OF REVENUE, Respondent.**
**UNIVERSAL CONSTRUCTORS, INC.,
Petitioner,**

v.

**BUREAU OF REVENUE, Respondent.**

**No. 10258.**

Supreme Court of New Mexico.

Dec. 20, 1974.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1335, 87 N.M. 118, 529 P.2d 1239 be and the same is hereby returned to the Clerk of the Court of Appeals.

529 P.2d 1232
**BOARD OF TRUSTEES OF HILLCREST
GENERAL HOSPITAL, INC.,
Petitioner,**

v.

**Lewis KELLY et al., Respondents.**

**No. 10283.**

Supreme Court of New Mexico.

Dec. 30, 1974.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1470, 87 N.M. 112, 529 P.2d 1233 be and the same is hereby returned to the Clerk of the Court of Appeals.